| | |
|---|---|
| MARTIN ENERGY SERVICES LLC<br><br>VERSUS<br><br>M/V BARBARA E. BOUCHARD, bearing Official No. 981712, her tackle, furniture, apparel, appurtenances, etc., *in rem*, and BOUCHARD TRANSPORTATION CO., INC., *in personam* | CIVIL ACTION NO. 2:19-cv-00368<br><br>IN ADMIRALTY,<br>F.R.C.P. 9(h) AND RULE C |

## MOTION AUTHORIZING ISSUANCE OF WARRANT OF ARREST

**NOW INTO COURT**, through undersigned counsel, comes complainant, Martin Energy Services LLC ("Martin Energy"), who hereby requests that this Honorable Court review its Verified Complaint and supporting papers filed herein, and authorize the issuance of a warrant by the Clerk of the United States District Court for the Southern District of Texas to arrest the vessel M/V BARBARA E. BOUCHARD, bearing Official No. 981712, her tackle, furniture, apparel, appurtenances, etc., *in rem* ("the Vessel"), currently located at CITGO Dock 1 in Corpus Christi, TX 78407, as soon as practicable, and to detain the same in custody until further Order of this Court.

{N3927342.1}

Respectfully submitted,

_/s/ Jeanne L. Amy_
GRADY S. HURLEY (La. Bar #13913)
JEANNE L. AMY (La. Bar #37012)
(S.D. Tex. Bar No. 3335049)
JONES WALKER LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:     (504) 582-8224
Facsimile:     (504) 589-8224
Email:  ghurley@joneswalker.com
         jamy@joneswalker.com

AND

_/s/ Megan Young-John_
CINDY MATHERNE MULLER
(Texas Bar No. 24059040)
MEGAN YOUNG-JOHN
(Texas Bar No. 24088700)
JONES WALKER LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Telephone:     (713) 437-1800
Fax:           (713) 437-1810
Email:         cmuller@joneswalker.com
               myoungjohn@joneswalker.com

*Counsel for Martin Energy Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been forwarded to

all counsel of record by hand, electronic filing, facsimile, email and/or depositing a copy of same

in the U. S. mail, postage prepaid and properly addressed this 9th day of December, 2019.

_/s/ Jeanne L. Amy_
JEANNE L. AMY