UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MARTIN ENERGY SERVICES LLC<br><br>VERSUS<br><br>M/V BARBARA E. BOUCHARD, bearing IMO No. 9053141, her tackle, furniture, apparel, appurtenances, etc., *in rem*, and BOUCHARD TRANSPORTATION CO., INC., *in personam* | CIVIL ACTION NO. 2:19-cv-00368<br><br>IN ADMIRALTY,<br>F.R.C.P. 9(h) AND RULE C |

### **ORDER**

**IT IS HEREBY ORDERED** that the M/V BARBARA E. BOUCHARD, bearing IMO No. 9053141, her tackle, furniture, apparel, appurtenances, etc., *in rem* ("the Vessel"), currently located in the jurisdiction of this Court, be permitted to shift to another berth or anchorage point located within the Port of Corpus Christi, as needed.

**IT IS FURTHER ORDERED** that Martin Energy Services LLC shall hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others from whom they are responsible, from any and all liability or responsibility for claims arising out of the arrest or attachment of the Vessel, or movement of the Vessel while under arrest.

**IT IS FURTHER ORDERED** that the Vessel may be immediately released from seizure upon written notice by Martin Energy Services LLC to the United States Marshal's Service.

Corpus Christi, Texas, this __10__ day of __Dec__, 2019

_____
UNITED STATES MAGISTRATE JUDGE

{N3934197.1}