UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

<table>
<tr><td>

MARTIN ENERGY SERVICES LLC

VERSUS

M/V BARBARA E. BOUCHARD, bearing IMO No. 9053141, her tackle, furniture, apparel, appurtenances, etc., *in rem*, and BOUCHARD TRANSPORTATION CO., INC., *in personam*

</td><td>

CIVIL ACTION NO. 2:19-cv-00368

IN ADMIRALTY,
F.R.C.P. 9(h) AND RULE C

</td></tr>
</table>

### MARTIN ENERGY SERVICES LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Complainant, Martin Energy Services LLC, declares that its parent corporation is Martin Resource Management Corporation and no publically held corporation owns 10% or more of its stock.

Respectfully submitted,

___*/s/ Jeanne L. Amy*_____
GRADY S. HURLEY (La. Bar #13913)
JEANNE L. AMY (La. Bar #37012)
(S.D. Tex. Bar No. 3335049)
JONES WALKER LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:     (504) 582-8224
Facsimile:     (504) 589-8224
Email:  ghurley@joneswalker.com
         jamy@joneswalker.com

AND

{N3972715.1}

_/s/ Megan Young-John_
CINDY MATHERNE MULLER
(Texas Bar No. 24059040)
MEGAN YOUNG-JOHN
(Texas Bar No. 24088700)
JONES WALKER LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Telephone:    (713) 437-1800
Fax:          (713) 437-1810
Email:        cmuller@joneswalker.com
              myoungjohn@joneswalker.com


*Counsel for Martin Energy Services LLC*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been forwarded to all counsel of record by hand, electronic filing, facsimile, email and/or depositing a copy of same in the U. S. mail, postage prepaid and properly addressed this 21st day of February, 2020.

_/s/ Jeanne L. Amy_
JEANNE L. AMY

{N3972715.1}                    2