UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

MARTIN ENERGY SERVICES LLC

VERSUS

M/V BARBARA E. BOUCHARD, bearing
IMO No. 9053141, her tackle, furniture,
apparel, appurtenances, etc., *in rem*, and
BOUCHARD TRANSPORTATION CO.,
INC., *in personam*

CIVIL ACTION NO. 2:19-cv-00368

IN ADMIRALTY,
F.R.C.P. 9(h) AND RULE C

## MARTIN ENERGY SERVICES LLC'S CERTIFICATE OF INTERESTED PARTIES

Complainant, Martin Energy Services LLC ("Martin Energy"), files this Certificate of Interested Parties and respectfully shows:

Martin Energy, though its undersigned counsel, certifies that the following persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are or may be financially interested in the outcome of this case:

1. Martin Energy Services LLC;

2. M/V BARBARA E. BOUCHARD, *in rem*;

3. Bouchard Transportation Co., Inc.; and

4. Tug Barbara E. Bouchard Corporation.

Respectfully submitted,

_/s/ Jeanne L. Amy_
GRADY S. HURLEY (La. Bar #13913)
JEANNE L. AMY (La. Bar #37012)
(S.D. Tex. Bar No. 3335049)
JONES WALKER LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:     (504) 582-8224
Facsimile:     (504) 589-8224
Email: ghurley@joneswalker.com
        jamy@joneswalker.com

AND

_/s/ Megan Young-John_
CINDY MATHERNE MULLER
(Texas Bar No. 24059040)
MEGAN YOUNG-JOHN
(Texas Bar No. 24088700)
JONES WALKER LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Telephone:     (713) 437-1800
Fax:           (713) 437-1810
Email:         cmuller@joneswalker.com
               myoungjohn@joneswalker.com

*Counsel for Martin Energy Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been forwarded to all counsel of record by hand, electronic filing, facsimile, email and/or depositing a copy of same in the U. S. mail, postage prepaid and properly addressed this 2nd day of March, 2020.

_/s/ Jeanne L. Amy_
JEANNE L. AMY